No. 79–1483. Supermarkets General Corp., t/a Hochschild Kohn Department Store v. Maryland. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 79–1594. Bowen v. Bowen. Appeal from Ct. Civ. App. Tex., 11th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 79–1703. Fulkerson v. State Bar of California. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 79–1772. Calderone v. Ferrigno, Administrator, Board of Education of the City School District of New York City, et al. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of substantial federal question.

No. 79–1776. Harding v. Melton, Commissioner of New York State Department of Motor Vehicles, et al. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 79–1819. United Illuminating Co. et al. v. City of New Haven et al. Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.